[No. 60322-1-I.   Division One.   October 13, 2008.]

*In the Matter of the Personal Restraint of* ERIK BARNES, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 60554-2-I.   Division One.   October 13, 2008.]

OVERLAKE HOSPITAL ASSOCIATION ET AL., *Appellants*, v. THE DEPARTMENT OF HEALTH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-38641-8, Julie A. Spector, J., entered August 24, 2007. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ. Now published at 148 Wn. App. 1.

[No. 60572-1-I.   Division One.   October 13, 2008.]

FARMERS INSURANCE EXCHANGE, *Respondent*, v. SEAS & LAKES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-2-06300-5, Mary Yu, J., entered July 20, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Ellington, J.

[No. 60993-9-I.   Division One.   October 13, 2008.]

*In the Matter of the Marriage of* MICHAEL GERARD MILLS, *Appellant*, and LYNN ELLEN HYDE-MILLS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-3-00890-4, Theresa B. Doyle, J., entered November 15, 2007. *Affirmed* by unpublished per curiam opinion.